UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

John McCottrell, et al.
                    Plaintiff,

v.                                           Case No.: 1:15−cv−03208
                                                   Honorable John Z. Lee

Wexford Health Sources, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 4, 2021:

      MINUTE entry before the Honorable John Z. Lee: Plaintiff Dustin Clay's motion for leave to file a second amended complaint is denied because the deadline to amend the pleadings in this 2015 case has long since passed [191]. Given that the Seventh Circuit has held that there are contested issues of material fact that preclude summary judgment, all that remains in this case is to conduct the remaining limited fact discovery and to hold a trial as to Plaintiff Clay's Eighth Amendment claim. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.